UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trevor Warren,

                        Petitioner,

      -against-

United States,

                        Respondent.

NOV 2 6 2019

19-CV-6075 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's October 8, 2019 Order, Dkt. No. 13, Petitioner's opposition to Respondent's motion to transfer was due by November 7, 2019. As of the date of this Order, the Court is not in receipt of Petitioner's opposition. If Petitioner does not file his opposition by December 13, 2019, the Court will deem the motion to transfer to be unopposed. If Petitioner does file his opposition by the December 13 deadline, then the Government's reply will be due on December 20, 2019. Chambers will mail a copy of this Order to Petitioner and note its mailing on the docket.

SO ORDERED.

Dated: November 26, 2019
          New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge